FRANKLIN J. LOVE, Bar #80334
LAW OFFICE OF FRANKLIN J. LOVE
800 S. Barranca Ave., Ste. 100
Covina, California 91723
(626)653-0455

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KINGVISION PAY-PER-VIEW, LTD. a Delaware Corporation<br>　　　　Plaintiff,<br>　　vs.<br><br>FERNANDO BRAVO individually and dba CASA BRAVO; VICTOR BRAVO individually and dba CASA BRAVO, jointly and severally<br>　　　　Defendant | 01-CV-10540-HLH (SHx)<br><br>**RENEWAL OF DEFAULT JUDGMENT BY CLERK** |

　　Based upon the Application for Renewal of Judgment of the original judgment, and pursuant to F.R.C.P. 69 (a) and C.C.P. 639.110 through 683.320 and good cause appearing, therefore:

　　The default judgment entered on April 24, 2002 against defendants, **FERNANDO BRAVO individually and dba CASA BRAVO and VICTOR BRAVO individually and dba CASA BRAVO, jointly and severally** is hereby renewed on the amounts set forth below:

Page 1 of 2　　　　　　　　　　　　　　RENEWAL OF DEFAULT JUDGMENT
　　　　　　　　　　　　　　　　　　　　Case No. 01-CV-10540-HLH (SHx)

**RENEWAL OF MONEY JUDGMENT**

| | |
|---|---:|
| a. Total judgment | $7,057.20 |
| b. Costs after judgment | 0.00 |
| c. Attorney fees | 0.00 |
| d. Subtotal (add a thru c) | 7,057.20 |
| e. Credits after Judgment | 0.00 |
| f. Subtotal (substract e from d) | 7,057.20 |
| g. Interest after judgment | 1,760.91 |
| h. Fee for filing renewal | 0.00 |
| i. **Total renewed judgment** | **8,818.11** |

DATED: 04/20/12        Clerk by    Lori Muraoka, Deputy Clerk
                                   U.S. District Court